1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   DOUGLAS WAYNE PERRY, a
     California Resident d.b.a.
13   Click 1003,                          CIV. S-04-0868-DFL-PAN-PS

14                    Plaintiff,

15          v.                                    ORDER

16   PAUL and SUZIE ZUPAN, et al.,

17                    Defendants.
     _____/
18

19          This matter was referred to the Honorable Peter A.

20   Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C.

21   §§ 636, et seq., and Local Rule 72-302.  On November 10, 2005,

22   Judge Nowinski recommended that defendants' motions for summary

23   judgment be denied.  No objections to the findings and

24   recommendation have been filed.

25          The court has reviewed the file and finds the findings

26   and recommendations to be supported by the record and by the

1   magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

2   that:

3         1.   The Findings and Recommendations filed November 10,

4   2005, are adopted in full; and

5         2.   Defendants Suzie Zupan's and Paul Zupan's motions

6   for summary judgment are denied.

7   DATED: 3/16/2006

8

9

                                _____

10                               DAVID F. LEVI

11                               United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26