UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOUGLAS WAYNE PERRY,

        Plaintiff,                       CIV S-04-0868 DFL PAN (JFM) PS

        v.

PAUL ZUPAN et al.,                        ORDER

        Defendants.

        On May 4, 2006, this court denied as moot defendants' motion for summary judgment filed April 14, 2006, and directed the parties to file a joint status report.  Defendants have correctly informed the court their motion was expressly invited by the November 10, 2005, findings and recommendations issued by Magistrate Judge Peter Nowinski.

        Accordingly, the court's May 4, 2006 order is hereby VACATED.  In anticipation of yet another reassignment of this case, defendants' motion is hereby SET FOR HEARING on Thursday, July 27, 2006, at 10:00 a.m., in Courtroom 24, before Magistrate Judge Gregory G. Hollows.

DATED: June 8, 2006.

                                                        UNITED STATES MAGISTRATE JUDGE

NOW6:perr0868.ord II