UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOUGLAS WAYNE PERRY,

                Plaintiff,                        CIV S-04-0868 DFL PAN (JFM) PS

      v.

PAUL ZUPAN, SUZIE ZUPAN,                   ORDER
LATITUDE FINANCIAL
INCORPORATED,

                Defendants.

          On June 9, 2006, the Magistrate Judge vacated his May 4, 2006 order denying

defendants' April 14, 2006 motion for summary judgment and set the matter for hearing on July

27, 2006.  Accordingly, defendants' motion for reconsideration filed May 17, 2006, is hereby

DENIED as moot.

DATED: 6/12/2006

                                  DAVID F. LEVI
                                United States District Judge