IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS WAYNE PERRY, | | |
| | Plaintiff, | No. CIV S-04-868 JAM EFB PS |
| | vs. | |
| PAUL ZUPAN, et al., | | |
| | Defendants. | ORDER TO SHOW CAUSE |

This court's order filed October 2, 2008, noted that plaintiff's counsel, Derk Wayne Schutmaat, is no longer a member in good standing with the State Bar of California and therefore ineligible to practice law or appear in a representative capacity before this court. Mr. Schutmaat was ordered to file, within ten days: (1) a response to the court's order to show cause why he should not be deemed to have withdrawn as attorney of record for plaintiff; and (2) certification that Mr. Schutmaat personally served the court's October 2, 2008, order upon plaintiff.

Mr. Schutmaat has not responded to the court's order nor filed a certification of service and is in violation of the order.

As previously noted, the local rules of this court authorized sanctions upon counsel for failure to notify the court of a change in Bar membership, unauthorized practice before this court, or failure to meet the standards of professional conduct. *See* E.D. Cal. L. R. 83-180(c),

1  (d), and (e).  *See also*, California State Bar Rules of Professional Conduct.

2  Accordingly, Mr. Schutmaat is HEREBY ORDERED TO APPEAR BEFORE THIS
3  COURT on December 10, 2008, at 10:00 a.m., in Courtroom No. 25, to SHOW CAUSE why
4  monetary and/or other sanctions should not be imposed upon him personally for failure to abide
5  by the court's October 2, 2008 order.  He shall also address what steps he has taken to comply
6  with the court's earlier order filed on October 2, 2008.

7  Mr. Schutmaat is further ORDERED to address in writing, on or before December 3,
8  2008, why such sanctions should not be imposed.

9  The court shall address the withdrawal of Mr. Schutmaat's representation in this case at
10  the SHOW CAUSE HEARING on December 10, 2008.  *See generally*, E. D. Cal. L. R. 83-182
11  (d) ("Leave to withdraw may be granted subject to such appropriate conditions as the Court
12  deems fit").

13  IT IS SO ORDERED.

14  DATED:  November 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2